IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDEN PEREZ,

    Plaintiff,                                               No. 2:12-cv-2654 KJN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,

    Defendants.                                       ORDER

/

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed October 31, 2012, plaintiff was ordered to file a complete in forma pauperis affidavit and a certified copy of his prison trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or certified trust account statement. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: December 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pere2654.fff