1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRANDON PEREZ,                          No.  2: 12-cv-2654 KJN P

12                 Plaintiff,

13        v.                                 ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTOINS AND
15   REHABILITATION,

16                 Defendant.

17

18        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

19   pursuant to 42 U.S.C. § 1983.  On October 31, 2012, the court dismissed plaintiff's in forma

20   pauperis application because the certificate portion of the request was not completed by plaintiff's

21   institution.  Plaintiff also had not filed a certified copy of his prison trust account statement for

22   the six month period preceding the filing of his complaint.  See 28 U.S.C. § 1915(a)(2).  The

23   court granted plaintiff thirty days to file a property completed in forma pauperis application and a

24   certified copy of his trust account statement.

25        Thirty days passed and plaintiff did not respond to the October 31, 2012 order.

26   Accordingly, on December 13, 2012, this action was dismissed and judgment was entered.

27        On March 5, 2013, plaintiff filed a motion for reconsideration of the December 5, 2013

28   order and an amended complaint.  The court construes the motion for reconsideration as a request

                                          1

1  for relief from judgment pursuant to Federal Rule Civil Procedure 60(b).  In this request, plaintiff

2  states that he failed to comply with the October 31, 2012 order due to the negligence of prison

3  staff and the retirement of Correctional Counselor Lane.  Plaintiff states that he is sending the

4  trust account office a request to complete his in forma pauperis application and a request for a

5  copy of his trust account statement.  Attached to plaintiff's March 5, 2013 pleading is a copy of

6  an Inmate/Parolee Request form signed by plaintiff on February 19, 2013 requesting these

7  documents.

8          Good cause appearing, plaintiff's request for relief from judgment is granted.  However,

9  the court has still not received a properly completed in forma pauperis application and trust

10  account statement from plaintiff.

11          Accordingly, IT IS HEREBY ORDERED that:

12      1.   Plaintiff's motion for reconsideration (ECF No. 8), construed as a request for relief

13              from judgment, is granted; this action is reopened; and

14      2.  Plaintiff is granted thirty days to file a properly completed in forma pauperis

15              application and trust account statement; if plaintiff fails to file these documents within

16              that time, this action will be dismissed.

17  Dated:  October 22, 2013

18

19  per2654.ifp

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

                                            2