1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  BRANDEN PEREZ,                             No.  2:12-cv-2654 KJN P

12             Plaintiff,

13        v.                                    ORDER FOR PAYMENT OF INMATE
                                                FILING FEE
14  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND
15  REHABILITATIONS, et al.,

16             Defendants.

17

18  To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

19  Sacramento, California 95814:

20         Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory

21  filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20 percent

22  of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average

23  monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of

24  this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will

25  be obligated to make monthly payments in the amount of twenty percent of the preceding month's

26  income credited to plaintiff's trust account.  The California Department of Corrections and

27  Rehabilitation is required to send to the Clerk of the Court the initial partial filing fee and

28  thereafter payments from plaintiff's prison trust account each time the amount in the account

1

1  exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

2          Good cause appearing therefore, IT IS HEREBY ORDERED that:

3          1.  The Director of the California Department of Corrections and Rehabilitation or a

4  designee shall collect from plaintiff's prison trust account an initial partial filing fee in

5  accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

6  forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

7  name and number assigned to this action.

8          2.  Thereafter, the Director of the California Department of Corrections and Rehabilitation

9  or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's

10  prison trust account in an amount equal to twenty percent (20%) of the preceding month's income

11  credited to the prisoner's trust account and forward payments to the Clerk of the Court each time

12  the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the

13  $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified

14  by the name and number assigned to this action.

15          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

16  signed in forma pauperis affidavit on the Director, California Department of Corrections and

17  Rehabilitation, 1515 S Street, Sacramento, California 95814.

18          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

19  Department of the court.

20  Dated:  January 9, 2014

21

22  pere2654.cdc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2